PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Zalewski          Cr.: 2:08cr463-01
                                           PACTS Number: 49036

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 11/24/08

Original Offense: Conspiracy to Commit Theft of Government Funds

Original Sentence: 5 years probation, 4 months home confinement, drug testing/treatment, financial disclosure, no new credit, DNA testing, $100 special assessment, $24,839 restitution

Type of Supervision: Probation          Date Supervision Commenced: 11/24/08

## PETITIONING THE COURT

[ ] To extend the term of supervision for     Years, for a total term of     Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of four (4) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. Subsistence shall be waived for this defendant.

## CAUSE

Mr. Zalewski's original sentence ordered four (4) months of home confinement, however, he will be evicted from his residence on December 18, 2008. Mr. Zalewski will become homeless. He is currently unemployed and is in severe debt, with no savings. It is the recommendation of Probation that Mr. Zalewski's home confinement sentence be converted to four (4) months in a community corrections center in order to provide adequate housing, job search/skills, and drug treatment.

Respectfully submitted,

By: Dana Hafner
U.S. Probation Officer
Date: 12/9/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12-19-08
Date

Dennis M. Cavanaugh
U.S. District Judge