PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Zalewski

Cr.: 2:08cr463-01
PACTS Number: 49036

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 11/24/08

Original Offense: Conspiracy to Commit Theft of Government Funds

Original Sentence: 5 years probation, 4 months home confinement, drug testing/treatment, financial disclosure, no new credit, DNA testing, $100 special assessment, $24,839 restitution

Type of Supervision: Probation                                    Date Supervision Commenced: 11/24/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of four (4) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. Subsistence shall be waived for this defendant.

## CAUSE

Mr. Zalewski's original sentence ordered four (4) months of home confinement, however, he will be evicted from his residence on December 18, 2008. Mr. Zalewski will become homeless. He is currently unemployed and is in severe debt, with no savings. It is the recommendation of Probation that Mr. Zalewski's home confinement sentence be converted to four (4) months in a community corrections center in order to provide adequate housing, job search/skills, and drug treatment.

Respectfully submitted,
By: Dana Hafner
U.S. Probation Officer
Date: 12/9/08

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Dennis M. Cavanaugh
U.S. District Judge

Signature of Judicial Officer

12/30/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of four (4) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. Subsistence shall be waived for this defendant.

Witness: _____  Signed: _____
U.S. Probation Officer                           Probationer or Supervised Releasee
Dana Hafner                                          Joseph Zalewski

12/10/08
DATE