PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Joseph Zalewski

Cr.: 2:08cr463-01
PACTS Number: 49036

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 11/24/08

Original Offense: Conspiracy to Commit Theft of Government Funds

Original Sentence: 5 years probation, 4 months home confinement, drug testing/treatment, financial disclosure, no new credit, DNA testing, $100 special assessment, $24,839 restitution

Type of Supervision: Probation             Date Supervision Commenced: 11/24/08

## PETITIONING THE COURT

[ ] To extend the term of supervision for        Years, for a total term of        Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 82 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE

Mr. Zalewski's original sentence ordered four (4) months of home confinement, however, it was converted to (4) months in a community corrections center, as he was homeless at that time. Mr. Zalewski served 42 days of this sentence before he was incarcerated on a previous New Jersey State charge. Since his release from New Jersey State custody, he has maintained a stable personal residence and gainful employment. In addition, he has secured a dedicated phone line for electronic monitoring. He has not tested positive for illicit substances and enrolled in the Narcotics Anonymous program. It is the recommendation of Probation that Mr. Zalewski's community confinement sentenced be converted to his original sentence of home confinement in order to allow him to continue to maintain his residence, employment, and sobriety.

Respectfully submitted,

By: Dana Hafner
U.S. Probation Officer
Date: 2/12/10

PROB 12B - Page 2
Joseph Zalewski

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2-18-10
_____
Date